1123
1124

United States District court for the district of Puerto Rico

Case number

Ernesto Ruiz Romero

26-CV-1357

Petitionary

V

HON Aida Delgado Colon

HON. María Antongiorgi Jordan

HON. Gina Mendez Miro ex judge of court of appeals of Puerto Rico, NOW FEDERAL JUDGE

Hon Raul Arias Marxuach Chief judge

Hon. Camille Velez rive

Hon. Sylvia Carreno coll

Hon Pedro Delgado

Hon William G young

HON. first circuit court of appeals

Defendants



RECEIVED CASHIER
CLERK'S OFFICE USDC PR
2026 JUN 5 PM5:04

---

Mandamus order of recusal 28 usc 455 (A), DECLARATORY JUDGMENT OR INJUCTION – the fact reveal equitable considerations,

ethical complaint for judicial consideration.

---

Here comes to the honorable court Ernesto Ruiz Romero who respectfully states and prays ----

1.planintiff address – Lago Horizonte zafiro 2025

Coto laurel P.R 00780.

2. defendant united states federal judges in federal district court of Hato Rey, Puerto Rico and first circuit court and district court of Massachusetts.

3.plaintiff is a united states citizen living in Puerto Rico. AND DECLARED CIVIL MORTITUR UNDER PENAL CODE 1902 ARTICLES 20 21 22 APPLIED RETROACTIVELY TO HIM ON 13 APRIL 2018.

4. defendants is a United States government officials.

5. plaintiff solicit recusal under mandamus order no to bring cases of Ernesto Ruiz Romero to Honorable aida Delgado colon a judge who is management the las 10 year to block plaintiff from court rooms because he complaints about the government of Puerto Rico and she need to be the helper of the judges of Puerto Rico court because in Puerto Rico a general jurisdiction the burden to file a case is very low see decisions of Puerto Rico 143 dpr , simple cases like a you make me feel bad the supreme court granted 3,000 dollars to a woman who has a altercation with a manager in a store . a case frivolous under any concept of constitutional court. Delgado is the brain of this INFLUENCE TO OTHER JUDGES. Also, there is jurisdiction under judicial code 34 against her for cutting federal jurisdiction in case po2022cv002459. But this case is admonishing and respect for plaintiff who never has done anything wrong to lost his citizenship.

6. plaintiff when in 2017 to federal court room one there aida Delgado expulse plaintiff from court room one with deputy Marshalls, curiosity she never mentions that case in her opinions. She said that plaintiff was a credible threat to the prosecutors in court room, plaintiff do no believe that this was happens to him in his first ever appearance in a united states district court, room one room of Hon Aida Delgado Colon. President Chief Judge Gustavo A Gelpi recognized in his

3

judgement that Plaintiff can access federal court rooms as of right. Plaintiff did not seek monetary compensation. United Sates Marshall told me that Aida Delgado and deputy marshal said that plaintiff has criminal records and it is a threat. I told them I have never been guilty in a trial they use mi mental condition IN STATE COURTS to make me quit from going to trial and injured me by committing plaintiff to mental hospitals without cause. This is how Aida Delgado Greet me in the federal court of Puerto Rico. She does nothing to stop this unconstitutional harassment. public record show that plaintiff filed a grievance for that with the intention to be recognized to enter federal court.

7. the same year I told her to struck down a rule 9.4 of civil procedure of Puerto Rico courts that block the federal constitutional right to access to the court in Puerto Rico unconstitutional as applied , she said that this is scant that right is worthless but never resolve the federal question instead eluded the claim therefore the case never became res adjudicata if she saw that case in 2017 and made an injunction or declaratory judgement or assigned a lawyer to brief and resolve the matter , plaintiff will never been in the federal court of Puerto Rico but that omission made plaintiff to search for the law and continue his dream no to have a block in Puerto Rico courts , justice Delgado has all jurisdictional methods to resolve the claim. The case was not fatal pleading.

8. Then plaintiff presents a case against an employer she denies the in forma pauperis because plaintiff request his civil right and legislature right in the government of Puerto Rico. She told me you are not poor without adjudication of the

motion in its entirety. She was a labor accessor lawyer from 1981-1982 and has a office in administrative agency of labor law and the labor law that process claims are law 2 of 1961 and that law allow complaints without payments of any cost. therefore, Aida Delgado wants to chastise plaintiff for a filing fee that is imaginary.

9. she accused me of not paying the filing fee and she was a labor attorney who knows that labor cases in   Puerto Rico are exempt from filing fees therefore she accused us without any evidence. She took the wrong example at all. That is why she want to chastise plaintiff because he uses the laws of Puerto Rico that not payment of filing fee is required. she said this is the 4 cases against stelaris food 20-1510, but that judgment was vacated when I appeal to the circuit court of Boston. These cases was about a declaratory judgment to declare plaintiff a regular employee because the labor contract exceed the term by law of  probation terms in private employment , the second case was discrimination in a suspension of 1 week from the job and no human resources manager was available to talk , the third appendix pages _____ was a financial correction of w-2 because they made late payments and put this money as a independent contractor and I just want to bring those payment to the w-2 to made 1 credit of social security because the goal was 20 credits for disability benefits and I count 19 therefore for the sake of god it was a begging and they did not pay overtime work that is mandatory under Puerto Rico laws  and the fourth case was reinstalment in employment after finishing in the industrial work commission that leave to work by finishing medical psychiatric treatment. Therefore, Hon Aida Delgado create a picture of me as a vexatious

litigant when she never give me the opportunity to answer and be noticed and opportunity to appear in conformity with due process of law 339 us 306. The most important thing is that Puerto Rico judicial branch has an alert in public page not to tell something about the cases because the cases cannot reflect the true proceeding in state court and those cases are in paper it means that are not electronic you need to go to the court and search in the paper dockets. Creating a bad image to the public against plaintiff is ethical violations on steroids. Therefore, Aida Delgado opinions are not judicially are based in her impression and damage plaintiff reputation with any proof.

10. She told me I would sanction you, but I vacated the judgment. Therefore, the court of appeals told me that we can do anything in a vacated judgment because you want to impugn the judgment.

11. At that time I enter federal court because I was civil dead in the court of Puerto Rico. She said that this is not true without explanation. Appendix page ___. The violation of the access to the court physically is a violation of federal right under the constitution amendment 1. and the violation by government official putting plaintiff in prison or mental hospitals without hearing until he quit his cases and drugging him without due process is a violation of substantive due process.

12. she always want to call me liar for our allegations of the complaint without challenge.

13. she call the superior court of ponce administrator Lissette toro Velez,

14. she told them case po2022cv02359 is a judgment in violation of federal law. the judgment of that case said that prose litigants are not deserved oral arguments for that status and if are complainant of state judges will never receive redress po2022cv00239. Oral hearing.

15. superior court mandated by aida Delgado colon federal judge assign a judge a replace the judgment because plaintiff has not received certificated copy.

16. administrator toro Velez comply with the order of aida Delgado colon.

17. aida Delgado has that liberty because is the way Puerto Rican judges work when a case presented a credible threat of constitutional violation against a citizen who is prose.

18. aida Delgado also told the administrative judge to dismiss the cases of plaintiff based on a defendant motion to dismiss and only that without adjudication of plaintiff exceptions. This means champerty and barratry felonies under England law.

19 the judge follows her lead. Even though aida Delgado knows that it violated federal constitution article 1 section 10 no state shall impair the contracts clause.

20. That is why judge Delgado accused plaintiff any time of lie against the government.

21. attorney Pablo colon Santiago told me that judges of superior court are talking to HON. aida Delgado and that she is talking to them.

22. Delgado has that trust because Delgado life in ponce many times ago and help many of those judges by being her law professor in the pontifical catholic university.

23. this is not something that plaintiff is lying public record also tell this as true.

24. the next judges Raul arias marxuach , maria antongiori Jordan and Camille Velez rive, knowing how to evaluate the record of a court proceeding taking judicial notice properly under rules of evidence 201, repeat all the judge Aida Delgado said like a student and teacher.

25. Judge Maria antongirogi Jordan issue an injiction while plaintiff was begging for a lawyer because he cannot function properly because of mental illness having heavy medication and cannot take care of the case, plaintiff was drugged by the superior court of Puerto Rico and declared civil dead for pleading guilty to misdemeanor. Until he not plead guilty and dismiss his cases in court room he will be in forensic psychiatric hospital. when plaintiff impugn that proceeding in 2019 the administrator judge of ponce put the parents of Ernesto, I front of him under contempt order they involve my family in these cases and if plaintiff did not quit his family and him was going to go to the jail for a long time. Therefore, plaintiff request to the federal court of Puerto Rico is to stop government persecution and harassment. this is a violation of the due substantive process that Schock the conscience. This in no way can be intentional vexatious litigation when plaintiff bring case 24-1385 the case of access to the court plaintiff exhaust all administrative remedies in superior court of ponce case dismissed with prejudice because in Puerto Rico you must send  notice to the secretary of justice before

complaining of the access to the court federal doctrine therefore the case is not a dismissal on the merits because the federal law preempt the law of civil procedure of Puerto Rico. Therefore, to claim the access to the federal court doctrine that is a doctrine in papers because this is against court and government 536 us 403 you cannot have avenues open in other proceedings.

26 judge antongiorgi never explain how plaintiff full fill the elements of the doctrine as vexatious litigant. That requested the state of mind of intentionality and no arguable fact and law case. She never do any assessment of what cases are frivolous and what complaints are frivolous. This fact must be supported by a record therefore are insubstantial. That can call in doubt the integrity of the federal court of Puerto Rico. When you see united states v Laureano and azubuko v Boston police, those cases are may supported by a record, instead plaintiff cases are not supported by a record IT IS CLEARLY ERRONEOUS.

27. She mentions cases, but those cases are far away from plaintiff cases those cases have a basis and the elements of the cause of action to declare a citizen vexatious litigant.

28. injunction must be tailored to remedy a wrong instead she made a broad injunction of no payment no view of the case including criminal cases, habeas corpus even in risk of dead no habeas corpus if no payment this is abusive in steroids.

29. Judge antongiorgi Jordan goes far away she said his antic stop here , antic is a word that have to do with mental childish , foolish ect in the street, she does that on the basis that plaintiff has a disability and with a mock desire against plaintiff if is true that she search for public record she was aware of claims of being civilly dead and that was done on the basis of disability therefore it is a presumption that judges familiarize with public record before taking a decision and in this district court there are records that plaintiff is requiring the help of federal government no to be mentally hospitalized and suffer great PAIN AND TORMENT .

30. of judge sylvia Carreno coll it is nothing to said she received the case and the case will never be viewed until you filed and injuction 24-1150 case she has that case open but no movement in the mean time and doing my best to strive until the final. in another case she told me that was clerk mismanagement but twice in a row is not convincible, therefore issue a mandamus to recuse herself or to move the case. in case 25-1931 plaintiff filed a motion for permission for appeals the case is prepared in the chambers of Chief judge Barrons and the judge sylvia Carreno will not approve or deny the motion until some body told her to do. therefore, the appeals will take years without movement.

30. judge Pedro Delgado ex member of the office secretary of justice of Puerto Rico, the government told him quit of the case and he follow their lead even though the government present fraudulent misrepresentation of facts. Case 21-1039 the government mock federal judges because the government has a settlement agreement with plaintiff since 2016 and did not comply instead of reposition of

plaintiff in the program, they because this may be money damages award the government of Puerto Rico misled the judges and by fraud win the case. once the judges see that we have a contract, the federal judges cannot disrespectful me calling me names and frivolous the judges must under 28 usc 1738 they will give entire full faith and credit to the judgments of the state's court , that is a fundamental comity principle.  therefore, promoting judge shopping is not ethical in the federal courts, cases cite this note.

31. judge Camille Velez Rive says that she has the power to dismiss cases without notice and opportunity to be heard on the basis of an injuction that don't give me notice or opportunity to be heard. Does the judge know that the injuction is in appeals and that is void for violation of due process that cut her jurisdiction, plaintiff injuction was done in conformity with a vacated judgement that did not let me explain. Cases of prose litigation need not at all a jurisdictional statement of from the facts you can gleaned the cause of action. She gives liberty and notice before dismissal to payment filing fee plaintiff therefore, plaintiff request the same treatment. Case 24-1304 was grounded in retaliation and retaliation only need 3 elements therefore the case was not fatal.

31. Judge William g young he recuses him self and told he  Deputy secretary of Puerto Rico maria antongiergi Jordan not to assign cases of me to him, he dismissed a case with prejudice because I have akathisia neurological condition that affect you stability and require time to overcome. Case 21-1933. The first circuit try to help

but dismissed a contractual case on the basis of substantive law, therefore no res judicata application under the laws of contract in Puerto Rico. 28 usc 1738.

32 case Ruiz v wendco Judge YOUNG goes far away the defendant filed a motion to dismiss and he granted the motion 2 days after the filing he saw the motion and granted case dismissed , but was partially dismissed and led the case open for ever because discrimination and retaliation are 2 causes of action , and he dismisses only retaliation . the district court of Boston has seen the most insubstantial cases of sexual harassment they saw a case of a woman police officer that only one time her bra was taking away and the case goes far. He doesn't let me present my case when the exhaustion of administrative remedies is not jurisdictional and can be waivable the defendant said in appeal 24-1669 that we have a contract therefore the federal judge decided a wrong application of law a nonexistent substantive law. . you will say in federal court the black is white and the white is black but this inequitable res judicata application has no bearing in the foreign civil government of Puerto Rico that the government of Spain said that to be res judicata under civil law there must be and adjudication of the material and subject matter of the case therefore young judge decided a substantive claim when the case is a contractual claim. Therefore if you don't let me explain you will never know what my case is about and res judicata never apply because to be res judicata under 28 usc 1738 the law of Puerto Rico has other requisites that's comes from the courts of Spain see judgment 13 July of 1942 .and the united sates court in many decisions said that you cannot apply for example a criminal law in a case of civil law case that is not applicable because the

law don't let  the judge that authority . therefore, what aida Delgado said about me that I'm a loser is not true plaintiff has 20 settlement agreements that he made in one day without reciprocal concession under mental duress to out of a mental hospital therefore transaction in violation of the civil code by intimidation are not transaction. The grave harm of staying in a mental hospital means that it is duress if I don't quit court cases.

33 Judge Gina Mendez Miro do the same recusal herself without reason. Promoting forum shopping. One judge told her he is a vexatious litigant and she believe that as a water that run from the heaven without evidence.

34.gina Mendez Miro a federal judge, do these same facts In 2019. the same that aida Delgado does but aida Delgado because has a long history as a lawyer knows how to dissimulate.

34. Gina Mendez Miro write in an opinion that is public Ernesto Ruiz Romero  V SECRETARY OF TREASURY OF PUERTO RICO KLCE201900534 in the court of appeals of Puerto Rico when plaintiff request auxiliary order and stop instance proceeding because plaintiff was summoned for CRIMINAL  contempt ALONG WITH HIS PARENTS  and was going to jail without notification of charges nor lawyer, nor medical experts .AND HIS FAMILY WAS SUMMONED ALSO.

26. Gina Mendez Miro take the telephone and said this in her judgement for the public and I judge call the superior judge administrator court of ponce. Then she

said in the judgement I don't believe him. He is not summoned for contempt and I show her in the appellant brief 10 contempt summons.

27. She said that I told her was a lie. IN SIMPLE words she cut the jurisdiction and federal jurisdiction by ex parte calling first instance tribunal to not adjudicate noir believe plaintiff story.

28 then she dismissed the case.

29. next day's hearing plaintiff was held in contempt along with his father and mother.in ponce courts.

30. if plaintiff don't quit his cases he will go to prisons of Puerto Rico or mental hospital. for pleading guilty to a misdemeanor when courts of Puerto Rico don't have jurisdiction over a defendant once he goes out of prison 552 us 23.

31 therefore the federal judge violates plaintiff access to the court by state action. In her time as appeal judge in Puerto Rico. She said that no criminal prosecution was going to happen and our proof said that the court discussed a criminal plea agreement and told me to revoke the plea if I don't quit civil cases prosecution therefore the contempt hearing was obviously done. See judgement po2019cv00047.

32. this is the same pattern that federal judge aida Delgado do to me to beat me in the court of Puerto Rico and to call me vexatious without proof. Vexatious litigant is a great defamation on a plaintiff when that is not true.

33. they also repeat this conduct when told judge maria Anton Georgi Jordan federal judge to block me from the court.

34. judge Jordan do what aida Delgado speak to her it is a concerted action.

35. because Jordan was in hurry with that order, she violated all the rights of notification to me 339 us 306. Judge Maria antongirogi Jordan think that a vacated judgement is a life opinion. Even though she filed an injuction after granting the Informa pauperis the government of Puerto Rico moot the case on appeals therefore plaintiff was a vexatious winner of that case. a moot case destroys the judgment below therefore God help me 100 percent.

36. also I need to open the docket for plaintiff under district court federal rules of confidential appointment of counsels , they appointment of a lawyer and discharge that is confidential, I cannot conceive that I complaint about the lobbyists of the judges of ponce, many of the appointees lawyers told me he is my friend you are dreaming in this case. The same lawyer go to the judge and request discharge under a false misrepresentation of facts case 22-1174 and 21-1039 when they never interview me. therefore, I need to know what they said about me and I request an order to give me the motions of lawyers to discharge from appointments as our lawyer. If plaintiff has enemies lawyers and state judges, he has the right to know what transpires ex parte between the federal judge and state- federal counsels. For example, read Ernesto Ruiz Romero v bigas valedon KLAN201500609 the court of appeals of Puerto Rico said that is legal to steal money from plaintiff under law 450 of 1950 and title 7 of 1964 civil rights labor employment legislation. That is why plaintiff distrust lawyers .

37. mention this because the federal judge Pedro Delgado told me and maria antongiorgi Jordan that they will hear the lawyer under advisement and will follow the lawyer advisement  order therefore that is not fairly  right, the owner of my case is me 327 us 678 and no one knows the facts more precisely than me therefore the appointment of a lawyer do not mean that I will not participate in the case.

38. Lastly, chief Raul arias Marxuach you will know a judge until you are near the wall.

39. plaintiff filed case 24-1067 – and pay the filing fee as habeas corpus because before without petition he appoint a lawyer, I filed and Informa pauperis motion for a lawyer and for the cost of the United States Marshall fees. And he appoints the lawyer and gives him legal advice. When you read those allegations the allegations said plaintiff is innocent 100 percentage therefore the lawyer was not appointed as a grace was as of right because the habeas corpus is the first attempt in Puerto Rico law to challenge your plead agreement declaration void under innocence , the recently supreme court decision that is retroactive said that the first challenge of a conviction is mandatory a lawyer , rules 192. And habeas corpus and cerciorari all criminal procedure does not allow a plea agreement to be challenged on innocence therefore the chief judge of this court dismissed our case on the basis on nonexistent exhaustion of remedies and intentionally told me vexatious litigant. This is unfair in all systems of government.

40. when he made the judgment he told the public that I don't pay the filing fee and that because judge Jordan issue an injuction against me he said that because of

that he don't need to restore the federal right of the right to access to the courts of Puerto Rico physically while in probation , that don't have any substantial development in law , therefore once you are called vexations litigant you are tarnished like if you commit murder in first degree. Therefore, since Jordan judge call plaintiff vexatious litigant without proof all district Puerto Rican judges dismissed the cases on that basis, therefore plaintiff lost his right to appear in federal court of Puerto Rico.

41. Recently, Honorable Francisco Besosa interpret that barring as barred from district court of Puerto Rico, opinion and order 10 April 2026 Ruiz v aloft ponce 22-1536. THEREFORE, THE INTERPRETATION BY JUDGES OF PUERTO RICO EVEN WRONG IS THAT I AM IS DISBARRED FROM FEDERAL COURT.

42. This needs an intervention of an appeals council on ethics.

43. The courts of appeals for the first circuit discriminate against Ernesto Ruiz Romero based on denial of equal protection as citizen of Puerto Rico v Citizen of Boston Massachusetts. plaintiff appeals a filed case 21-1933, the court of appeals send plaintiff his appellant briefing scheduled, plaintiff appeals the dismissal of a contract claims and on the basis of his disability, but void contract and explain with peruse .

43. The court of appeals also has case piazza v fed ex 52 f.4th 1, the case has relationship with the case of plaintiff were the employees of fed ex all American from Massachusetts request the court to grand them a

right of action under the right to request that his employer pays the social security taxes.

44. The claim of Ruiz was that the contract clause of the settlement agreement was void, because this cannot be done by an employee without having a w-2 earning document. An alternative grounds.

45. The court of appeals hold for the benefit of those 100 employees of the city of Boston legal oral argument.

46. In the legal argument they the court in en banc ask questions and allow the 100 plaintiffs to revive his case as amendment and the court issue elements of a cause of action that can be actionable.

47. The first circuit court of appeals never invite plaintiff to the oral argument because he is not a lawyer.

48. That thwart plaintiff ability to meet the case of the defendant but notification can cure that denial of oral argument and I was not informed.

49. The court of appeals never give me notice or opportunity like the opportunity they give to the American citizens of Boston.

50. Circuit precedents toll me that the doctrine of access to the court apply to every court that is not discretionary.

51. Plaintiff case was dismissed with prejudice but the 100 Boston American citizen they give them the right to amend complaint, the right to be heard and all due process of law.

52. With this complaint I hope to receive the same treatment as American citizens. under the due process clause of the fifth amendment or the equal protection of the law. I may be wrong but close.

53. The difference between the 100 American and Ernesto Ruiz Romero is one that plaintiff case was not frivolous, and the cases of Boston citizens was frivolous in the federal avenues. The decision of the court of appeals was that plaintiff was the only person that reunite all requirements of law to be heard plaintiff has a stake in social security benefits means to made his financial situation better but plaintiff was never invited to oral arguments not assigned lawyer. for example, plaintiff is disable and has social security benefits that he has a stake in the proceedings and the 100 citizens of Boston anyone complies with that requirement for example. The court of appeals know that plaintiff case was dismissed because of akathisia a neurological mental condition therefore with 564.f.3d 180 precedent and without guardian adlitem they dismiss the case on the merits. Dismissal of a case of a person in the merits with serious mental disabilities can be block of access to the court forever and discrimination and a void judgement.

54. But therefore, access to the court claim cannot be obtain here because the case was not over yet even though the federal court of appeals denied the case under a wrongful evaluation that is not res judicata. see judgement of Spain july 13 1942 is not res judicata the judgment

that decided other thing than the requested one. Puerto Rico contract law is civil foreign government.

55. The case of plaintiff was contractual voidness and to enforce or nullification.

56. Therefore, the court of appeals applies to a inexistent standard.

57. Contracts under Puerto Rico laws are evaluated under the civil code of procedure and is not res adjudicate the judgments that for any reason did not adjudicate the law of the case therefore that court of appeals augment the cost of the proceeding by not making any notification to Ruiz Romero to inquiries of the case. Then why Judge antongiorgi Jordan was so afflicted with our appeals in first circuit.

58. But to the 100 citizens of Boston, they calmed every doubt therefore plaintiff was throwing away physically from federal circuit court of appeals.

59. But this is not the first time this happens to plaintiff case 21 -1811, Is still alive in the court of appeals.

60. Justice Howard, the federal court, stopped the prosecution of that case without any determination of the merits of that claim. I'm sure the case has no money damages to be in a stay for bankruptcy.

61. One of the allegations is violation of civil rights to appear in court while in stand by trial is this is against judicial judges' money will never be granted .

62. Plaintiff was prosecuted after the filing of that case in state court.

63. Now the courts of Puerto Rico allow the stand by trial prisoner to be out of the jail while taking medical treatment.

64. That's exactly what I request in the pleadings. 21-1811 ca1

65. Therefore, the judge Howard stopped the case to tell the government of Puerto Rico how not to violate the federal law.

66. Therefore, this extra judicial course of action may moot the case of the plaintiff because there is not past violations injunctions that can be issued by a federal court in those grounds.

67. Therefore, the change of and change of the jurisdiction of the court can give rise to a violation of the judicial code or ethical code of the judges of the United States. Rule 34 A

68. Also, in cases 24-1669 plaintiff told the first circuit that the mismanagement of the court of Puerto Rico when the pandemic was augment let the district court not file correctly our motions and was missing.

69. That happens when judge maria Anton Giorgi Jordan was the deputy clerk that I confront with because the papers were missing, I send her a letter, but she did not answer. I ask the teller where the documents and he is does not respond to me , that cause that the secretary to make a bad impression of me. Therefore, Judge who issued the

injuction has a bad impression of plaintiff well before appointed as a federal judge.

70. It is impossible to declare a case over because the federal secretary did not file the documents that stop and give rise to appeals. 24-1669 .i send to judge Young letter to give me the judgement because his court is in Boston MA

71. Supreme court precedents disallow that a case be dismissed because the public employee did not do his work in the jurisdictional term 455 us 422.

72. Also, in case Ruiz v stelaris 20-1510 the firsts circuit court of appeals told me that I cannot impugn in the district court the orders of aida Delgado colon district judge when I plead reconsideration an I vacated a final judgment.

73. The court of appeals gives the district court permission to dismiss a case inform pauperis without evaluation of poverty and without the mental focus of disregard of rules of procedure intentionally. 496 us 384 relations of rule 11 and 41 of federal civil procedure.

74. How a person who doesn't have money is going to make an intentional insubordination of that order to pay filing fees.

75. Therefore, circuit court judgment is poor in substance.

76. They told me a case that I violated the court order intentionally under the prism of a violation of a discovery order therefore the court of appeals made a disgretion not to grant my petition on the merits.

77. Therefore, plaintiff did not receive adjudicate process in the court of appeals a fundamental right of access to the court and a violation of the 5 amendments of the United States constitution.

78. Supreme court precedent in evaluation of state court judgments 28 usc 1257 said that people have a right to the adjudication of their claims as a fundamental right of access to the adjudicative process.

79. Therefore this is a ethical complaint , plaintiff reputation has been damage without any proof the federal government allows the dual litigation in state and federal courts as a right in our political institution under due process of law , therefore repetitious complaints Ruiz v stelaris 20 -1510  must me compared to made a  factual record ,plaintiff is chastised for comply with the American way of government and the fines for using what the congress allow is a violation of due process.  Dual litigation is fundamental in our political federal government. Therefore enough.

80. If they think that our claims are frivolous because there are settlement agreements, the law applicable is 28 usc 1738 state court judgments must be honored under our federalism. therefore, plaintiff is not a loser

23

21-1039 is settlement 21-1933 is settlement 24-1669 is settlement ect therefore plaintiff is not the loser.

81. As you also will see in the appendix ____plaintiff is a civil dead person therefore he went to the united states district court of Puerto Rico to regain his citizenship that state court disbar and the judges defendants never allow him access to the court library , it is  a right to access to public information and to learn law when you are in this position of losing the right of citizenship to claim to the government the redress of grievances.

Relief ---

 As this pleading shows there is no fair treatment with plaintiff. And has no recourse to other court many of this situation are ex parte not judicial matters.

But I need the council of ethical complaints to tell me if I can see our cases in another district because is evident that in Puerto Rico his life as a pro se litigant is over.

Respectfully submitted June 2026

Notified to clerk that will say the proper venue of a higher court

Apendix Next page

Page 24

Ernesto Ruiz Romero

Lago Horizonte zafiro 2925

Coto Laurel P.R. 00780

24/24

Analic
Affidavit 79-86
narrative Expositions 1'
CAI Judgment 91-163 pt page 2 and 36 -41
Japan 8 law - people Ruiz -ted
Declaration.
Medical Chart 95-97
(C8, 2015 to that are not 1/17
Vexetuvs.